**Order issued November 14, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00920-CV

———————————

### IN RE LEA PERCY MCLAURIN, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM ORDER

Relator Lea Percy McLaurin has filed a petition for writ of habeas corpus.[1] The Court is of the tentative opinion that a serious question concerning the relief requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court orders the Sheriff of Harris County to discharge relator from custody on relator executing and filing with the Sheriff of Harris County a good and sufficient bond,

---

[1] The underlying lawsuit is *In the Matter of the Marriage of Lea Percy McLaurin and Scott Sutton McLaurin*, No. 2009-06775, 309th District Court of Harris County.

conditioned as required by law, in the amount of $500.00. *See* TEX. R. APP. P. 52.8(b)(3); *see also* TEX. GOV'T CODE § 22.221(d) (West 2004).

It is further ordered that the real party in interest Scott Sutton McClaurin shall have 30 days from the date of this order to file a response brief and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).

It is so ORDERED.

/s/ Michael Massengale
Justice

Date: <u>November 14, 2014</u>